IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FFGGP, INC., AS TRUSTEE, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:24-CV-0470-B |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2008-1, ASSET-BACKED CERTIFICATES, SERIES 2008-1, | § § § § § § § | |
| Defendant. | § | |

## JOINT REPORT NAMING MEDIATOR

Pursuant to the Scheduling Order (Doc. No. 6), Plaintiff FFGGP, Inc., as Trustee ("Plaintiff"), and Defendant Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2008-1, Asset-Backed Certificates, Series 2008-1 ("Deutsche Bank Trustee") (collectively, the "Parties") hereby file this Joint Report Naming Mediator.

The Parties have conferred and agreed to select King Fifer as mediator in this case. Mr. Fifer's information is provided below:

King Fifer
Burdin Mediations
4514 Cole Avenue, Suite 1450
Dallas, TX 75205-4181
Telephone: (214) 528-1411
Facsimile: (214) 528-2070
Email: kjames@burdin-adr.com
Web: www.burdin-adr.com

The Parties must contact Karen James to schedule mediation with Mr. Fifer. The Parties will complete mediation prior to December 13, 2024, in accordance with the Scheduling Order.

Respectfully submitted,

/s/ *Helen O. Turner*
**Robert T. Mowrey – Attorney-in-Charge**
Texas Bar No. 14607500
rmowrey@lockelord.com
**Cynthia K. Timms**
Texas Bar No. 11161450
ctimms@lockelord.com
**Matthew K. Hansen**
Texas Bar No. 24065368
mkhansen@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2750
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**Helen O. Turner**
Texas Bar No. 24094229
helen.turner@lockelord.com
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1280
Facsimile: (713) 229-2501

**COUNSEL FOR DEFENDANT**

**-AND-**

*/s/ Kenneth S. Harter with permission*
Kenneth S. Harter
Texas Bar No. 09155300
ken@kenharter.com
LAW OFFICES OF KENNETH S. HARTER
6160 Warren Parkway, Suite 100
Frisco, Texas 75034
Telephone: (972) 752-1928
Facsimile: (214) 206-1491

**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2024, a true and correct copy of the foregoing instrument was served on the following counsel of record *via CM/ECF and/or email* according to the Federal Rules of Civil Procedure:

Kenneth S. Harter
Texas Bar No. 09155300
ken@kenharter.com
LAW OFFICES OF KENNETH S. HARTER
6160 Warren Parkway, Suite 100
Frisco, Texas 75034
Telephone: (972) 752-1928
Facsimile: (214) 206-1491

*Counsel for Plaintiff*

                                               */s/ Helen O. Turner*
                                               Counsel for Defendant