UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FFGGP, INC., AS TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-0470-B |
| | § | |
| DEUTSCHE BANK NATIONAL | § | |
| TRUST COMPANY, AS TRUSTEE | § | |
| FOR SOUNDVIEW HOME LOAN | § | |
| TRUST 2008-1, ASSET-BACKED | § | |
| CERTIFICATES, SERIES 2008-1, | § | |
| | § | |
| Defendant. | § | |

## AGREED FINAL JUDGMENT

On March 31, 2025, Plaintiff/Counter-Defendant FFGGP, Inc., as Trustee ("Plaintiff"), and Defendant/Counter-Plaintiff/Third-Party Plaintiff Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2008-1, Asset-Backed Certificates, Series 2008-1 ("Deutsche Bank Trustee") (collectively, the "Parties") advised the Court that they had entered into a settlement agreement that resolves all claims and defenses. The Parties also advised the Court that they had stipulated that the Court enter an Agreed Final Judgment. After considering the Agreed Final Judgment and the agreement of the Parties, the Court finds that entry of this Agreed Final Judgment is proper. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff is the owner of real property located at 1035 East Oaklawn, Terrell, Texas 75160, and more particularly described as follows:

> BEING LOT 70 OF WINNERS CIRCLE ADDITION, AN ADDITION IN KAUFMAN COUNTY, TEXAS, ACCORDING TO THE MAP THEREOF RECORDED IN CABINET 2, PAGE 143, PLAT RECORDS OF KAUFMAN COUNTY, TEXAS AND RATIFICATION OF SAME RECORDED IN VOLUME

1232, PAGE 829, DEED RECORDS OF KAUFMAN COUNTY, TEXAS (the "Property").

It is further **ORDERED, ADJUDGED, AND DECREED** that Deutsche Bank Trustee owns no interest in the Property.

It is further **ORDERED, ADJUDGED, AND DECREED** that the lien evidenced by the Texas Home Equity Security Instrument claimed by Deutsche Bank Trustee encumbering the Property, recorded as Instrument No. 2007-00017611, is unenforceable, and that Plaintiff owns the Property free of the same.

It is further **ORDERED, AJUDGED, AND DECREED** that all costs, expenses, and attorneys' fees are taxed against the party incurring the same.

This is a final judgment that disposes of all claims, defenses, and parties. All relief not herein granted is **DENIED**.

**SO ORDERED**.

**SIGNED: May 28, 2025.**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE